■ FRANK PAGE, Appellant, v. COUNTY OF NASSAU, Respondent.— In an action to recover damages for personal injuries, plaintiff appeals from an order of the Supreme Court, Nassau County, entered September 30, 1968, which denied his motion to vacate his default and restore the action to the trial calendar. Order affirmed, with $10 costs and disbursements. In our opinion, plaintiff failed to make the requisite showing of facts sufficient to excuse his delay and failed to establish that he has a meritorious cause of action. (*Boyle* v. *Krebs & Schulz Motors*, 18 A D 2d 1010, 1011.) Beldock, P. J., Brennan, Munder, Martuscello and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK KOPOSESKY, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Nassau County, dated January 7, 1969, which denied the application, after a hearing. Order affirmed. The record herein does not establish that respondent failed to act in good faith to determine the whereabouts of appellant's prior counsel. If said counsel (a witness) can be located, appellant may move once again for *coram nobis* relief based on the facts alleged in his petition herein. Christ, Acting P. J., Rabin, Benjamin, Martuscello and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT STEVEN MOSHER, Appellant.— Order of the County Court, Westchester County, dated December 16, 1968, affirmed. No opinion. Appeal from order of said court dated June 2, 1969 dismissed. No appeal lies from an order denying a motion for reargument. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.